UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

JEFFREY LAMBERT,                )
                                )
         Petitioner,            )
v.                              )     No. 1:06-cv-291-SEB-VSS
                                )
STEVE OUTLAW,                   )
                                )
         Respondent.            )

**J U D G M E N T**

The court, having this day made its Entry,

**IT IS THEREFORE ADJUDGED** that the petitioner take nothing by his petition for a writ of habeas corpus and this action is **dismissed with prejudice.**

Date: 01/10/2007

SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Distribution:

James Blaine Martin
INDIANA STATE ATTORNEY GENERAL
james.martin@atg.in.gov

Mark Small
marksmall2001@yahoo.com